IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARTIN MACK,<br><br>    *Plaintiff*,<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC., and HARRY POOLE,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>5:21-cv-00118-TES |

**JUDGMENT ON PUNITIVE DAMAGES**

Pursuant to Federal Rule of Civil Procedure 54(b) Defendants Old Dominion Freight Line, Inc., and Harry Poole filed a Confession of Judgment [Doc. 93] as to punitive damages. [Doc. 93, pp. 1–2]. Plaintiff Martin Mack does not oppose an entry of judgment with respect to punitive damages. [Doc. 97, p. 1].

Therefore, expressly determining that there is no just reason for delay, the Court **ENTERS** Judgment as to punitive damages in favor of Plaintiff in the amount of $250,000.00. The Court **ORDERS** Defendants to issue payment to Plaintiff's counsel by 5:00 p.m. on ***Friday, February 10, 2023***.

**SO ORDERED**, this 7th day of February, 2023.

                                                  S/ Tilman E. Self, III
                                                  **TILMAN E. SELF, III, JUDGE**
                                                  **UNITED STATES DISTRICT COURT**