IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARTIN MACK,<br><br>   Plaintiff,<br><br>v.<br><br>OLD DOMINION FREIGHT LINE,<br>INC. and HARRY POOLE,<br><br>   Defendants. | CIVIL ACTION NO.<br><br>5:21-CV-00118-TES |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff Martin Mack and Defendants Old Dominion Freight Line, Inc., and Harry Poole (collectively hereinafter "the Parties"), through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and file this Stipulation of Dismissal to dismiss this action with prejudice. The Parties have agreed that each party will bear its own attorneys' fees, expenses, and costs.

The above-captioned action having been settled, the Clerk is hereby authorized to mark the same "Settled and Dismissed with Prejudice."

This 3rd day of March, 2023.

<table>
<tr><td>

/s/ Michael L. Thompson
KATHERINE L. McARTHUR
Georgia Bar No. 480730
MICHAEL L. THOMPSON
Georgia Bar No. 472257

MCARTHUR LAW FIRM
6055 Lakeside Commons Drive
Suite 400
Macon, GA 31210
Telephone: (478) 238-6600
Facsimile: (478) 238-6607
Email:
kmcarthur@mcarthurlawfirm.com
mthompson@mcarthurlawfirm.com

*Attorneys for Plaintiff*

</td><td>

/s/ Kevin P. Branch
KEVIN P. BRANCH
Georgia Bar No. 111839
ELENORE C. KLINGLER
Georgia Bar No. 425190

MCMICKLE, KUREY AND BRANCH
217 Roswell Street, Suite 200
Alpharetta, Georgia 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
Email:
kpb@mkblawfirm.com
eklingler@mkblawfirm.com

*Attorneys for Defendant Old Dominion Freight Line, Inc.*

</td></tr>
</table>

/s/ Samuel G. Alderman, III
SAMUEL G. ALDERMAN, III
Georgia Bar No. 008240

ALDERMAN & HUTCHERSON, LLC
487 Cherry Street
Suite 250
Macon, GA 31204
Telephone: (478) 476-8998
Facsimile: (413) 669-8537
Email:
sgaiii@aldermanhutcherson.com

*Attorney for Defendant Harry Poole*

## CERTIFICATE OF SERVICE

I hereby certify that I this day have electronically served this **Stipulation of Dismissal** by filing this document using this Court's CM/ECF system which sends notification by electronic mail to all attorneys of record identified below:

Kevin P. Branch
McMickle, Kurey & Branch, LLP
217 Roswell Street
Alpharetta, GA 30009
kpb@mkblawfirm.com
**Attorney for Defendant Old Dominion**

Samuel G. Alderman, III
Alderman & Hutcherson, LLC
487 Cherry Street, Suite 250
Macon, Georgia 31204
sgaiii@aldermanhutcherson.com
**Attorney for Defendant Poole**

This 3rd day of March, 2023.

                                                     /s/ Michael L. Thompson
                                                   KATHERINE L. McARTHUR
                                                   Georgia Bar No. 480730
                                                   MICHAEL L. THOMPSON
                                                   Georgia Bar No. 472257

McARTHUR LAW FIRM
6055 Lakeside Commons, Suite 400
Macon, Georgia 31210
(478) 238-6600 – Telephone
(478) 238-6607 – Facsimile
kmcarthur@mcarthurlawfirm.com
**Attorneys for Plaintiff**